## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JOSEPH ORUSKA AND CYNTHIA ORUSKA, HUSBAND AND WIFE, AND ANTHONY ORUSKA | : No. 147 MAL 2015<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| v. | : |
| PAUL A. KELLY AND JOHN L. VANDERMARK, EXECUTOR OF THE ESTATE OF GUY E. VANDERMARK, SR. | :<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: PAUL A. KELLY | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.